FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2020

No. 04-20-00469-CV

**IN THE MATTER OF D.J.S.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2017JUV00148
Honorable Carlos Quezada Jr., Judge Presiding

## O R D E R

On October 21, 2020, appellant's counsel filed a motion to withdraw due to a conflict of interest. No party has opposed the motion. Accordingly, the motion is GRANTED. We abate this case to the trial court and ORDER the trial court to appoint new counsel. The trial court is further ORDERED to file a supplemental clerk's record in this court, no later than **December 18, 2020**, which shall include any orders appointing or substituting counsel. All appellate filing deadlines are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court